# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1266
LT Case No. 2017-CA-007292

_____

RIVERFRONT ASSOCIATES, LLC
and RIVERFRONT HOLDCO, LLC,

    Appellants/Cross-Appellees,

    v.

JACK WISENBAKER
CONSTRUCTION, INC, and JACK
WISENBAKER,

    Appellees/Cross-Appellants.

_____

On appeal from the Circuit Court for Duval County.
Virginia Baker Norton, Judge.

Shyamie Dixit, of Dixit Law Firm, Tampa, and Patrick P. Coll,
of Smith Hulsey & Busey, Jacksonville, for Appellants/Cross-
Appellees.

Diane H. Tutt, of Conroy Simberg, Hollywood, for Appellees/
Cross-Appellees.

January 13, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____